UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>  v.<br><br>ERIN D. LOVELLETTE,<br><br>        Defendant. | Case No. 1:13-CR-290-BLW<br><br>**WRIT OF EXECUTION** |

TO THE UNITED STATES MARSHAL:

On February 28, 2011, a judgment was entered in the United States District Court for the District of Idaho in favor of the United States of America, Plaintiff, and against the Defendant, Erin D. Lovellette, Boise, Idaho, 83709, in the sum of $100,100.00. There is a total amount owing of $98,595.00 as of the date of this Writ.

NOW THEREFORE IT IS HEREBY ORDERED, that the amended motion for writ (docket no. 4) is GRANTED. The motion for writ (docket no. 3) is DEEMED MOOT.

NOW, THEREFORE, YOU ARE HEREBY COMMANDED to satisfy the judgment by levying on and selling all property in which Defendant has a substantial nonexempt interest, and by executing upon the property described in Exhibit A attached, and, if necessary, to enter the Defendant's residence or any other residence, property or building to perform the levy.

YOU ARE ALSO COMMANDED to collect a 10% surcharge for your costs pursuant to 28 U.S.C. § 3011 and make return of this writ within ninety days after the date of issuance if levy is not made, or, within ten days after the date of sale of property on which levy is made.

**WRIT OF EXECUTION – PAGE 1**

YOU ARE FURTHER COMMANDED that the levy and sale shall not exceed property reasonably equivalent in value to the aggregate amount of the judgment, costs and interest.

IT IS FURTHER ORDERED, THAT THE U. S. Attorney shall coordinate with the U. S. Marshal, and that the U. S. Marshal shall serve a copy of this Writ and the Notice on the Defendant.

DATED: August 11, 2014

_____
B. Lynn Winmill
Chief Judge
United States District Court

| DATE RECEIVED | TIME RECEIVED |
|---|---|
| DATE OF LEVY | PROPERTY SEIZED PURSUANT TO LEVY |
| DATE OF SALE | FEES, COSTS AND EXPENSES |
| The writs was received and executed || 
| UNITED STATES MARSHAL | (BY) DEPUTY U.S. MARSHAL |
**WRIT OF EXECUTION – PAGE 3**

# EXHIBIT A

Idaho Independent Bank 401K, held by Michael Lovellette FBO Erin L: Lovellette

in the approximate amount of $4,441 at 401 W. Front Street, Boise, ID  83702

**WRIT OF EXECUTION – PAGE 4**