UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:13-CR-290-BLW |
| Plaintiff, | |
| v. | **ORDER CONFIRMING WRIT** |
| ERIN D. LOVELLETTE, | |
| Defendant. | |

In this proceeding, upon application by the United States Attorney, the Clerk of the Court issued a Writ of Execution on August 11, 2014, (ECF No's 5) directing the United States Marshal to levy, secure, or sell certain property in which Defendant ERIN D. LOVELLETTE, has a substantial nonexempt interest. On August 21, 2014, a Clerk's Notice of Post-Judgment Execution was transmitted to the Defendant ERIN D. LOVELLETTE. The Notice informed Defendant of her right to contest the seizure of his property, and according to 28 U.S.C. § 3202(b), a time for hearing would be set at Defendant's request. No timely objection was lodged and no request for a hearing was made.

The United States Marshal levied upon property on August 21, 2014, and filed the appropriate Notice of Levy on August 22, 2014. The property levied upon is more particularly described as:

Idaho Independent Bank 401K, held by Michael Lovellette FBO Erin L:
Lovellette in the approximate amount of $4,441 at 401 W. Front Street,
Boise, ID  83702

The court has reviewed the file record and finds that all of the requirements for a

valid execution against the property described in the Notice of Levy have been complied

with.  While the procedures set forth in 28 U.S.C. § 3202 do not require confirmation of

the levy when no hearing has been requested, the court finds that an order of confirmation

is appropriate.

IT IS THEREFORE ORDERED that the Writ of Execution issued by the Clerk of

this court and the Notice of Levy by the United States Marshal are confirmed.

IT IS FURTHER ORDERED that the United States Marshal is directed to deliver

to the Clerk of this court either the property or the proceeds of the property levied upon in

accord with 28 U.S.C. § 3202(3) after deduction of appropriate costs.

DATED: December 8, 2014

_____
B. Lynn Winmill
Chief Judge
United States District Court